**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Matthew OJEDA, Defendant–Appellant.**

**No. 14–40248**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 18, 2014.

Ernest Gonzalez, Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Matthew Ojeda, Beaumont, TX, pro se.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Matthew Ojeda has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Ojeda has filed a response. We have reviewed counsel's brief, relevant portions of the record reflected therein, and Ojeda's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.